398 A.2d 1391

**In the Matter of the ESTATE of John B. LOWMAN.**

**Appeal of COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE.**

Supreme Court of Pennsylvania.

Argued March 6, 1979.

Decided March 26, 1979.

John M. Duff, Deputy Atty. Gen., George Raptosh, Asst. Atty. Gen., Johnstown, for appellant.

Seymour S. Silverstone, Earl F. Glock, Johnstown, for Cambria County Medical Society.

Before EAGEN, C. J., and O'BRIEN, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each side to pay own costs.

ROBERTS, J., took no part in the consideration or decision of this case.